FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 09 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Janet Taylor Law Firm L.L.C.
710 George Washington Way, Suite F
Richland, WA 99352
(509) 943-2585

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE GREEN, a single person,<br><br>Plaintiff<br><br>Vs.<br><br>UNITED STEELWORKERS INTERNATIONAL, Hanford Atomic Metal Trades Council, AFL-CIO, Dave Molnaa, and Jane Doe Molnaa, husband and wife and the marital community thereof, Vince Stroops and Jane Doe Stroops, husband and wife and the marital community thereof, Kirk Domina and Jane Doe Domina, husband and wife and the marital community thereof, Victor Cruz and Jane Doe Cruz, husband and wife and the marital community thereof, Jim Woodward and Jane Doe Woodward, husband and wife and the marital community thereof, Cherrie Miller and John Doe Miller, husband and wife and the marital community thereof, Margie Meyers and John Doe Meyers, husband and wife and the marital community thereof, Jim Orosco and Jane Doe Orosco, husband and wife and the marital | Case No.<br>**CV-07-5066-RHW**<br><br>**COMPLAINT** |

**COMPLAINT**
Page 1

Janet Taylor Law Firm L.L.C.
710 George Washington Way, Suite F
Richland, WA 99352
(509) 943-2585

community thereof, Karen Alexander
and John Doe Alexander, husband and
wife and the marital community
thereof, Randy Knowles and Jane Doe
Knowles, husband and wife and the
marital community thereof,

           Defendants.

For cause of action against the defendants, plaintiff states as follows:

## JURISDICTION AND VENUE

1.1    This Court has jurisdiction over the subject matter of this complaint pursuant to 28 U.S.C. § 451, 1331, 1343 and 1367. This action is authorized and instituted pursuant to 42 U.S.C. 1981, 29 U.S.C. § 411, Title VII of the Civil Rights Act of 1964, as amended, and RCW 49.60.

1.2    Venue is proper before this Court pursuant to 28 U.S.C. § 1391, as all practices and actions alleged herein occurred within the jurisdiction of the United States District Court Eastern District of Washington.

## PARTIES

2.1    Plaintiff Stephanie Green is a single person residing at all material times in Franklin County, Washington. Ms. Green is a member in good standing and currently the duly elected President of United Steelworkers Local 12-369.

Janet Taylor Law Firm L.L.C.
710 George Washington Way, Suite F
Richland, WA 99352
(509) 943-2585

2.2     At all relevant times to the allegations herein, Defendant United Steelworkers International (hereinafter referred to as the "International") was a Labor Organization duly organized under the laws of the United States, doing business in the State of Washington.

2.3     At all relevant times to the allegations herein, Hanford Atomic Metal Trades Council, AFL-CIO, (hereinafter referred to as "HAMTC"), was a labor organization duly organized under the laws of the United States, doing business in the State of Washington.  HAMTC is comprised of affiliated labor organizations and has historically been the certified and recognized collective bargaining representative of certain production and maintenance employees performing work for Employers at Hanford.  United Steelworkers Local 12-369 is a member of HAMTC.

2.4     At all relevant times to the allegations herein, the individual defendants were husband and wife, comprising a marital community under the laws of the State of Washington.  Reference to "Jane Doe" and "John Doe" indicates spouses to the named defendants, whose real names are unknown to plaintiff at this time.

**COMPLAINT**
Page 3

Janet Taylor Law Firm L.L.C.
710 George Washington Way, Suite F
Richland, WA 99352
(509) 943-2585

2.5     At all relevant times to the allegations here, the individually named defendants were members, employees, officers or agents of Local 12-369, HAMTC or the International.

## STATEMENT OF FACTS

3.1     Ms. Green has been a member in good standing of Local 12-369 at all times relevant herein. Ms. Green was elected to a steward position. After the election, individuals named above improperly changed the steward position scope and duties. Ms. Green filed a charge at the Equal Employment Opportunities Commission under charge number 380-2005-02895 in 2006.

3.2     On or about May 24, 2007, the EEOC issued a Determination under charge number 380-2005-02895 finding that there is reason to believe that violations have occurred on the basis of race and gender.

3.3     On or about January 18, 2007 Ms. Green filed additional charges against the Local (551-2007-00519) and the International (551-2007-00804) alleging race and gender discrimination and retaliation. Ms. Green was elected as President of the Local in November, 2005. The former executive board of the local refused to seat newly elected President Stephanie Green. A majority of the Executive Board opposes President Green, and has constantly tried to

Janet Taylor Law Firm L.L.C.
710 George Washington Way, Suite F
Richland, WA 99352
(509) 943-2585

undermine her work. The opposing Executive Board members think of new ways to attack Ms. Green.

3.4   Ms. Green requested right to sue letters on all three charges. EEOC has issued Notice of Right to Sue letters under all three charges, mailed August 13, 2007.

3.5   Ms. Green has met all procedural requirements for maintaining her suit under Title VII.

3.6   Ms. Green filed an internal Human Rights complaint with Defendant International in 2006. The International did not process and investigate Ms. Green's complaint.

3.7   Ms. Green has met any exhaustion of administrative remedies requirements.

3.8   At all times material hereto, Mr. Dave Molnaa has served as the President of HAMTC.

3.9   The individuals, HAMTC and the International have interfered with Ms. Green's rights as a union member.

3.10   The individuals, HAMTC and the International have interfered with Ms. Green's performance of her office.

**COMPLAINT**
Page 5

Janet Taylor Law Firm L.L.C.
710 George Washington Way, Suite F
Richland, WA 99352
(509) 943-2585

3.11 The individuals, HAMTC and the International have acted in concert against Ms. Green.

## CAUSES OF ACTION

Count 1:

Defendants' conduct violates 29 U.S.C. 411.

Count 2:

Defendant International's conduct breaches and violates their Constitution and the Local's Bylaws.

Count 3:

Defendant International's conduct breaches their fiduciary duty to Ms. Green.

Count 4:

Defendant HAMTC's conduct breaches and violates their Bylaws.

Count 5:

Defendant HAMTC's conduct breaches their fiduciary duty to Ms. Green.

Count 6:

Janet Taylor Law Firm L.L.C.
710 George Washington Way, Suite F
Richland, WA 99352
(509) 943-2585

All of the named Defendants' conduct constitutes race and gender discrimination in violation of Title VII (except HAMTC and Dave and Jane Doe Molnaa), 42 U.S.C 1981, and Washington's Law Against Discrimination.

Count 7:

All of the named Defendants' conduct constitutes unlawful retaliation for opposing race and gender discrimination.

Count 8:

The individually named defendants have violated their duties as members, employees, officers and agents of the Local 12-369, the International and HAMTC.

Count 9:

All of the defendants' wrongful conduct has interfered with Ms. Green's business relationship with her employer.

Damages:

All of the defendants' wrongful conduct has proximately caused Ms. Green damages including special damages of lost wages and benefits, and general damages including emotional distress, all in an amount to be proven at the time of trial.

## RELIEF REQUESTED

**COMPLAINT**
Page 7

Janet Taylor Law Firm L.L.C.
710 George Washington Way, Suite F
Richland, WA 99352
(509) 943-2585

WHEREFORE, plaintiff requests the following relief:

1. Plaintiff be awarded judgment for all damages in an amount to be established at trial,

2. That Defendants be permanently enjoined from violating Ms. Green's rights under 29 USC 411;

3. Plaintiff be awarded punitive damages against all defendants as authorized by law;

4. That plaintiff be awarded her costs and attorneys' fees as authorized by law.

5. That plaintiff be awarded such other and further relief as the Court may deem just and proper.

DATED THIS 9th day of November, 2007.

*/s/ Janet E. Taylor*
JANET E. TAYLOR, WSBA #30046
Attorney for Plaintiff

**COMPLAINT**
Page 8

Janet Taylor Law Firm L.L.C.
710 George Washington Way, Suite F
Richland, WA 99352
(509) 943-2585