1
2
3
4
5
6          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF WASHINGTON
7
8  STEPHANIE GREEN,
9          Plaintiff,                          NO.  CV-07-5066-RHW
10          v.
                                               **ORDER DENYING
11  UNITED STEEL WORKERS                       DEFENDANTS' MOTIONS TO
   INTERNATIONAL,** *et al.*                   **DISMISS**
12          Defendants.
13

14          On February 14, 2008, Defendants Domina, Cruz, Orosco, Knowles and

15  Miller filed a Motion to Dismiss (Ct. Rec. 49) and noted the hearing for March 4,

16  2008.  The parties requested and the Court granted various motions for extensions

17  of time to respond to the motion.  In the meantime, on March 7, 2008, the Court

18  granted the other Defendants' Motions to Dismiss and gave leave to Plaintiff to file

19  an amended complaint.  On April 4, 2008, Plaintiff filed an Amended Complaint.

20          Defendants' Motion to Dismiss asks that the Court dismiss the original

21  complaint.  The Court effectively granted this motion when it granted the other

22  Defendants' Motions to Dismiss on March 7, 2008.  Therefore, this motion is

23  denied as moot.

24          On April 22, 2008, Defendants Cherrie Miller and Jim Orosco filed a

25  Motion to Dismiss for Failure to Timely Serve Defendants Miller and Orosco (Ct.

26  Rec. 67).  Defendants assert that the 120-day deadline for Plaintiff to serve

27  Defendants was March 10, 2008.  Plaintiff concedes that she did not serve

28  Defendants with the original complaint by the 120-day deadline.  She asserts that

**ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS ~ 1**

Defendant Miller has been evading service, and that she has made good faith efforts in an attempt to serve Defendant Jim Orosco.  Plaintiff asks for an extension for service of process.

Given that the original complaint was dismissed prior to the expiration of the 120-days, the Court will permit Plaintiff additional time to file the Amended Complaint.  The Court notes that Defendants Orosco and Miller are represented by counsel and have actively participated in this case.  Pursuant to Fed. R. Civ. P. 4(m), the Court exercises its discretion to permit Plaintiff additional time to serve the amended complaint.  Plaintiff must serve the amended complaint pursuant to Fed. R. Civ. P. 4.  *See Employee Painters' Trust v. Ethan Enterprises, Inc.*, 480 F.3d 993, 995-96 (9th Cir. 2007) (holding that an amended complaint can be served in the same manner as any other pleading if the original complaint is *properly served* and the defendants appeared in the first instance) (emphasis added).

Accordingly, **IT IS HEREBY ORDERED:**

1.    Defendants Domina, Cruz, Orosco, Knowles and Miller's  Motion to Dismiss (Ct. Rec. 49) is **DENIED**, **as moot.**

2.    Defendants' Motion to Dismiss for Failure to Timely Serve Defendants Miller and Orosco (Ct. Rec. 67) is **DENIED**.

3.    Within 30 days from the date of this order, Plaintiff shall serve Defendants Orosco and Miller, pursuant to Fed. R. Civ. P. 4.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 20th day of May, 2008.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Green\moot.wpd

**ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS ~ 2**